**2006–1897. Williams v. Williams.**
Wyandot App. No. 16–06–09. On motion for stay of temporary custody order granted by the Common Pleas Court of Wyandot County pending appeal. Motion denied.

**2006–1959. State v. Siwik.**
Cuyahoga App. No. 88093. On motion for leave to file delayed appeal. Motion denied.
LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2006–1963. State v. Carter.**
Montgomery App. No. 21145, 2006-Ohio-2823. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2006–1989. State v. Herron.**
Montgomery App. No. 21398, 2006-Ohio-4400. On motion for leave to file delayed appeal. Motion granted.
RESNICK, J., dissents.

**2006–1994. Toledo Bar Assn. v. Cook.**
Board of Commissioners on Grievances and Discipline, No. 05–047. On motion for admission pro hac vice of Robert P. Golden and Armand D. Kunz by Craig J. Wakefield. Motion granted.

**2006–1998. State v. Lowery.**
Hamilton App. No. C–040157, 160 Ohio App.3d 138, 2005-Ohio-1181. On motion for leave to file delayed appeal. Motion denied.

**2006–2026. State v. Gross.**
Muskingum App. No. CT05–0001. On motion for leave to file delayed appeal. Motion denied.

**2006–2039. Baker v. Domokur.**
Mahoning App. No. 05–MA–159, 2006-Ohio-5227. On motion for stay of court of appeals' judgment. Motion denied.
MOYER, C.J., O'CONNOR and O'DONNELL, JJ., dissent.

**2006–2048. State v. Powell.**
Scioto App. No. 05CA3024, 2006-Ohio-5031. On motion for stay of court of appeals' judgment. Motion denied.
O'CONNOR, O'DONNELL and LANZINGER, JJ., dissent.

**2006–2082. In re Guardianship of Roper.**
Summit App. No. 23403. On motion for stay of court of appeals' judgment. Motion denied.

**2006–2098. State v. Rose.**
Highland App. No. 06CA5, 2006-Ohio-5292. On application to continue to suspend execution of sentence and for continuation of bond pending appeal. Application denied.
MOYER, C.J., and O'CONNOR, J., dissent.